UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.        )<br>)<br>Jessica Jimenez-Martinez )<br>)<br>) | Criminal No. 3:12CR30020 |

ORDER OF THE COURT TO MODIFY CONDITIONS.

In light of noncompliance reported to the Court by the Probation Office during the RESTART Session on August 5, 2013, the defendant is ordered to reside for a period of three months at an approved Residential Re-Entry Center, beginning on September 16, 2013. If the defendant secures suitable housing on or before September 10, 2013, the defendant may be approved by the Probation Office not to enter the Residential Re-Entry Center and to be relieved of this requirement.

_____
HON. KENNETH P. NEIMAN,
UNITED STATES MAGISTRATE JUDGE

August 13, 2013
_____
DATE SIGNED